IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELIZABETH ESSERY,<br>　Plaintiff<br><br>v.<br><br>HARTFORD LLOYDS INSURANCE COMPANY,<br>　Defendant. | §§§§§§§§§§ CIVIL ACTION NO.: 4:17-CV-00405 |

## PARTIES' AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Elizabeth Essery ("Plaintiff") and Defendant Hartford Lloyds Insurance Company ("Hartford"), file this Agreed Motion to Dismiss with Prejudice and respectfully show the following:

### I.
### PROCEDURAL POSTURE

Plaintiff sued her homeowner's insurance carrier for coverage under the insurance policy, based on a storm that allegedly damaged the property located at 15 Nursery Road, Spring, Texas 77380 on or about April 17, 2016. The insurance policy is identified as Policy Number 55RBB896736 issued by Hartford Lloyd's Insurance Company. Plaintiff and Hartford have entered into a confidential settlement to amicably resolve all claims and damages. Hartford denies all liability to Plaintiff.

### II.
### AGREED MOTION TO DISMISS

Because this case has been amicably settled in respect to all claims asserted by Plaintiff, or that could have been asserted by Plaintiff, the Parties respectfully request that this Court dismiss

this case with prejudice with each party bearing its own respective costs and attorneys' fees. A proposed Agreed Order of Dismissal with Prejudice is attached.

## III.
## PRAYER

Plaintiff and Hartford respectfully pray that this court sign the attached Agreed Order of Dismissal with Prejudice.

Respectfully submitted,

*R D D*

_____
Richard D. Daly
Texas Bar No. 38752
Daly & Black
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587
Email: rdaly@dalyblack.com

ATTORNEY FOR PLAINTIFF

_____
Martin R. Sadler
Texas Bar No. 00788842
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, A Law Corporation
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996
Email: msadler@lawla.com

ATTORNEY FOR DEFENDANT

### Certificate of Service

This is to certify that a true and correct copy of the above pleading has been forwarded by electronic service on this, the 13th of April, 2017.

Richard D. Daly
Texas Bar No. 38752
Daly & Black
2211 Norfolk Street, Suite 800
Houston, Texas 77098

_____
Martin R. Sadler