IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH ESSERY,<br>  Plaintiff | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO.: 4:17-CV-00405 |
| | § | |
| HARTFORD LLOYDS INSURANCE COMPANY,<br>  Defendant. | §<br>§<br>§ | |

## ORDER

Before the Court is the *Parties' Agreed Motion to Dismiss with Prejudice.* Accordingly, all claims in the above-captioned case are DISMISSED WITH PREJUDICE, each party to bear their own costs and attorneys' fees.

It is SO ORDERED.

Signed this the _____ day of _____, 2017.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE