United States District Court
Southern District of Texas
**ENTERED**
April 20, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH ESSERY,<br>  Plaintiff | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO.: 4:17-CV-00405 |
| HARTFORD LLOYDS INSURANCE COMPANY,<br>  Defendant. | §<br>§<br>§<br>§ | |

## ORDER

Before the Court is the *Parties' Agreed Motion to Dismiss with Prejudice.* Accordingly, all claims in the above-captioned case are DISMISSED WITH PREJUDICE, each party to bear their own costs and attorneys' fees.

It is SO ORDERED.

Signed this the 20TH day of April, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE